■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARL HOWELL, Appellant. [643 NYS2d 452] —Judgment unanimously affirmed (*see, People v Saunders*, 190 AD2d 1092, 1093, *lv denied* 81 NY2d 1019). (Appeal from Judgment of Onondaga County Court, McCarthy, J.—Burglary, 2nd Degree.) Present— Green, J. P., Pine, Fallon, Callahan and Davis, JJ.